IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZELMA BRANTLEY, AS ADMINISTRATOR OF THE ESTATE OF HORACE ALLENSON BRANTLEY, DECEASED, AND IN HER OWN RIGHT<br><br>PLAINTIFF<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANT | CIVIL ACTION<br><br>Civil Action No. 2:19-cv-01270-NIQA |

**PLAINTIFF'S UNOPPOSED PETITION PURSUANT TO LOCAL RULE 41.2 TO APPROVE SETTLEMENT AND DISTRIBUTION OF PROCEEDS**

Petitioner, Zelma Brantley, as Administrator of the Estate of Horace Allenson Brantley, Deceased, and in her own right, by and through their undersigned counsel, Kline & Specter, P.C., respectfully request that this Honorable Court approve the settlement and distribution of the above-captioned action for the compensatory sum of $1,000,000.00 ($1 Million), and in support thereof aver as follows:

1. This is a medical malpractice action involving allegations of negligent care and treatment provided to Horace Allenson Brantley. Mr. Brantley was a patient at the Philadelphia VAMC when in December 2015 he had a CT angiogram of the chest which found a 17x13 mm nodule and a 9x9 mm nodule suspicious for malignancy. The nodules required workup and evaluation however no doctor at the Philadelphia VAMC told Mr. Brantley about the nodules or ordered any follow up studies or treatment for more than two years despite repeated opportunities to do so. In the intervening two years the cancer had gone from a treatable State I to an incurable Stage

2. Petitioner is the duly appointed Administrator of the Estate of Horace Allenson Brantley, deceased. Letters of Administration were granted to Petitioner on August 5, 2019 by the Commonwealth of Pennsylvania. See Letters of Administration attached hereto as Exhibit "A."

3. Petitioner was the wife of Horace Allenson Brantley an individual who was born on July 31, 1954 and died on July 8, 2019 at 64 years of age. Decedent did not have a will.

4. On December 4, 2019 the parties reached a settlement for $1,000,000.00.

5. Petitioner's counsel is of the professional opinion that the proposed settlement is fair and reasonable in light of the facts of this case and the applicable law.

6. There is no lien asserted by the Pennsylvania Department of Human Services. Petitioner's counsel has advised the Pennsylvania Department of Human Services ("DHS") of the existence of this case and has received written confirmation that they have no lien on this recovery. *See*, Letter from DHS dated July 31, 2019, attached hereto as Exhibit "B."

7. Horace Brantley was not a Medicare beneficiary. Petitioner's counsel has advised the Centers for Medicare and Medicaid Services ("CMS") of the existence of this case and has received written confirmation that they have no lien on this recovery. *See*, Letter from CMS, dated May 13, 2019, attached hereto as Exhibit "C".

8. A copy of this Petition was forwarded to Carolyn Dymond, Trust Valuation Specialist, Pennsylvania Department of Revenue, Bureau of Individual Taxes Inheritance Division, P.O. Box 280601, Harrisburg, Pennsylvania 17128, via e-mail requesting approval of the allocation recited herein between the wrongful death and survival actions.

9. Horace Allenson Brantley's sole beneficiary under the Wrongful Death Act, 42 Pa. C.S.A. §8301 is as follows:

        Zelma Brantley (wife)
        1338 Pennington Road
        Philadelphia, Pennsylvania 19151

10. The costs of litigation, paid in advance by Petitioner's counsel, are $10,291.88. An itemized breakdown of the legal costs is attached hereto as Exhibit "D". The itemized photocopying, express delivery services, travel, and courier expenses were specific expenses of the litigation and were substantially incurred to provide expert reviewers and witnesses with the materials necessary to formulate their opinions and provide their reviews in a timely manner, and to prepare expert witnesses for trial. The specific costs identified are not attributable to this law firm's general overhead expenses. The expenditure of these costs played an integral role in securing the settlement result achieved in this action.

11. Accordingly, Petitioner's counsel respectfully requests reimbursement of these litigation costs and expenses in the amount $10,291.88.

12. The fee agreement entered into by and between Petitioner and Kline & Specter, P.C. provided that counsel was to receive twenty-five percent (25%) of the gross recovery plus reimbursement of costs.

13. The attached Verification signed by Plaintiff, Zelma Brantley specifically approves of this settlement and the allocation of proceeds as set forth in this Petition.

14. Accordingly, Petitioner's counsel respectfully requests an attorneys' fee in the amount of $250,000.00, which represents 25% of the $1,000,000.00 settlement.

15. The net proceeds of the settlement, after deduction of attorneys' fees, and costs is $739,708.12.

16. Petitioner requests distribution all of the net proceeds of the settlement, after deduction of costs and attorney fees, as follows:

| | |
|---|---|
| Wrongful Death Claim | 50% |
| Survival Claim | 50% |

17. Petitioner requests that the net settlement proceeds be distributed as follows:

Wrongful Death Act Proceeds (50%)

| | | |
|---|---|---|
| To: | Zelma Brantley | $ 369,854.06 |

Survival Act Proceeds (50%)

| | | |
|---|---|---|
| To: | Zelma Brantley as Administrator of the Estate of Horace Allenson Brantley, deceased | $ 369,854.06 |

18. In summary, for the reasons set forth above, Petitioner respectfully request that the proposed settlement proceeds of $1,000,000.00 be approved, allocated and distributed as follows:

| | | | |
|---|---|---|---|
| **GROSS SETTLEMENT AMOUNT** | | | **$1,000,000.00** |
| a. | Kline & Specter, P.C. (Attorney's fee) | | $ 250,000.00 |
| b. | Kline & Specter, P.C (Reimbursement of litigation costs) | | $ 10,291.88 |
| **NET DISTRIBUTION** | | | **$ 739,708.12** |
| | Wrongful Death Act Proceeds (50%) | | |
| | To: | Zelma Brantley | $ 369,854.06 |
| | Survival Act Proceeds (50%) | | |
| | To: | Zelma Brantley as Administrator of the Estate of Horace Allenson Brantley, deceased | $ 369,854.06 |

19. This proposed allocation between the Wrongful Death Act claims and Survival Act claims is appropriate because equal elements of damages in this action arise pursuant to the Wrongful Death Act 42.Pa. C.S. §8301which includes the loss of consortium and the loss of

household services which the decedent would have provided to his wife and the loss of comfort, affection and society suffered by the Plaintiff-Petitioner.

20. The survival action in this matter relates to damages suffered by Mr. Brantley prior to his death. Mr. Brantley suffered from the devastating effects of State IV metastatic lung cancer which eventually resulted in his death.

21. Defense counsel have no opposition to this Petition.

**WHEREFORE**, for all of the foregoing reasons, Petitioner respectfully requests that the Court enter the attached Order approving the settlement and distribution of proceeds of the above-captioned case in the manner set forth herein.

Respectfully submitted,

Date: 12/26/19            BY: _____
REGAN S. SAFIER, ESQUIRE
PA 79919; regan.safier@klinespecter.com
Attorney for Plaintiffs

Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-2460 (Direct)
(215)735-0921 (Fax)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZELMA BRANTLEY, AS ADMINISTRATOR OF THE ESTATE OF HORACE ALLENSON BRANTLEY, DECEASED, AND IN HER OWN RIGHT<br><br>PLAINTIFF<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANT | CIVIL ACTION<br><br>Civil Action No. 2:19-cv-01270-NIQA |

## VERIFICATION OF PETITIONER IN SUPPORT OF PETITION PURSUANT TO LOCAL RULE 41.2 TO APPROVE SETTLEMENT AND DISTRIBUTION OF PROCEEDS

1. I am Petitioner Zelma Brantley, as Administrator of the Estate of Horace Allenson Brantley, Deceased, and in her own right.

2. I am the Plaintiff in the above-captioned action and hereby verify that the statements made in the foregoing Petition are true and correct to the best of my knowledge, information and belief.

3. I am represented by Thomas R. Kline, Esquire, and Regan Safier, Esquire of the law firm of Kline & Specter, P.C.

4. I am completely and totally satisfied with my legal representation in this litigation and I understand this Petition is for approval of the settlement against United States of America.

5. I approve of the settlement of this action in the amount of $1 million, and the distribution of proceeds, without reservation.

6. I understand the statements made in the Petition are subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities.

_Zelma Brantley_
Zelma Brantley

Dated: 12-11-19

## CERTIFICATE OF SERVICE

I, Regan S. Safier, Esquire, hereby certify that on this date a copy of the foregoing was served upon the following via the Court's Electronic Filing System:

> Gerald B. Sullivan, AUSA
> Paul J. Koob, AUSA
> U.S. Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106

                                              KLINE & SPECTER, P.C.

Date: 12/26/19          By: _____
                                                    REGAN S. SAFIER, ESQUIRE
                                                    Attorneys for Plaintiff

# EXHIBIT A

LETTERS OF ADMINISTRATION

REGISTER'S OFFICE
PHILADELPHIA COUNTY, PA

№ A3334-2019

ESTATE OF  Horace A Brantley

Social Security No.  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

WHEREAS,  Horace A Brantley
late of  1338 Pennington Road, PHILADELPHIA, PA 19151

died on the  8th  day of  July  , 2019 ;
and

WHEREAS, the grant of letters of administration is required for the administration of his estate.

THEREFORE, I, RONALD R. DONATUCCI, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County of Philadelphia in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters of Administration

to  Zelma Brantley

who ha s  duly qualified as Administrator  of the estate of the above named decedent and ha s  agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the  5th  day of  August  2019

*Deputy Register*

10-36(Rev. 10/99)

# EXHIBIT B



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

July 31, 2019

KLINE AND SPECTER, P.C.
TRACY WRIGHT
1525 LOCUST STREET, 19TH FLOOR
PHILADELPHIA PA  19102

                Re: Horace Brantley
                CIS #: 030018807
                Incident Date: 01/29/2018

Dear Tracy Wright:

    Pursuant to your request for a statement of claim, the Department of Human Services (DHS), Third Party Liability (TPL), Casualty Unit, has reviewed the information you provided regarding the above-referenced incident.

    It has been determined that DHS has no medical and/or cash assistance claim for this incident at this time.  Please contact DHS within thirty (30) days of settlement or thirty (30) days prior to a hearing regarding damages for this incident so that DHS can determine if there is a claim at that time.

    If you have any questions, please feel free to contact me.

                Sincerely,

                Royce L. Messersmith
                Claims Investigation Agent
                717-772-6608
                717-772-6553 FAX

# EXHIBIT C

 

May 13, 2019

1352 1 MB 0.428
***MIXED AADC 720 R:1352 T:6 P:6 PC:3 F:1013501
KLINE & SPECTER, PC
1525 LOCUST ST
PHILADELPHIA, PA 19102-3732

**\*COPY\***

For Information Only

---



May 13, 2019

1352 1 MB 0.428
***MIXED AADC 720 R:1352 T:6 P:6 PC:3 F:1013501
HORACE A BRANTLEY
1338 PENNINGTON RD
PHILADELPHIA, PA 19151-2838



Beneficiary Name:            BRANTLEY, HORACE A
Medicare ID:                 *****4893A
Case Identification Number:  20191 22090 01008
Date of Incident:            January 29, 2018

Subject: No Conditional Payments Identified by Medicare

Dear HORACE A BRANTLEY:

You previously received a letter notifying you of Medicare's priority right to recovery as defined under the Medicare Secondary Payer provision. To date, Medicare has not paid any Part A or Part B Fee-for-Service claims related to the date of incident referenced above.

If you believe that you have received this letter in error and that Medicare has made conditional payments, please contact us immediately. Please be advised that we are still investigating this case




file to obtain any other outstanding Medicare conditional payments, as Medicare may pay related claims in the future; therefore, when the case does settle, please complete and return the attached "Final Settlement Detail Document" to the address below.

Should Medicare identify paid claims that are related to your case, this information will be posted under the "MyMSP" tab of the www.mymedicare.gov website. The information at www.mymedicare.gov will be updated regularly with any changes or newly processed claims. If you wish, you may track the medical expenses that were paid by Medicare, and if you have an attorney or other representative, provide him/her with this information. This may help you or your attorney with finalizing your settlement.

If you have any questions concerning this matter, please contact the Benefits Coordination & Recovery Center (BCRC) by phone at 1-855-798-2627 (TTY/TDD: 1-855-797-2627 for the hearing and speech impaired), in writing at the address below, or by fax to 405-869-3309  When sending correspondence, please include the Beneficiary Name along with the Medicare ID and Case Identification Number (shown above).

Sincerely,

BCRC

CC: KLINE & SPECTER, PC

Enclosures:    Final Settlement Detail Document
               Payment Summary Form




# Final Settlement Detail Document

Beneficiary Name:            BRANTLEY, HORACE A
Medicare ID:                 *****4893A
Date of Incident:            January 29, 2018
Case Identification Number:  20191 22090 01008

Please supply the information outlined below to help Medicare to properly calculate the amount it is due. This information will also be used to update your records.

**Total Amount of the Settlement:**                    _____

**Total Amount of Med-Pay or PIP:**                    _____
** *only if paid directly to the beneficiary*
  *or the beneficiary's representative*

**Attorney Fee Amount Paid by the Beneficiary:**       _____

**Additional Procurement Expenses Paid by the Beneficiary:**  _____
  (Please submit an itemized listing of these expenses)

**Date the Case Was Settled:**                         _____/_____/_____

**Description of Injuries:**                           _____

**Name of person who is providing this information:**  _____

**Relationship with the Beneficiary:**                 _____

This information should be submitted to:

        NGHP
        PO BOX 138832
        OKLAHOMA CITY, OK 73113

If you have any questions concerning this matter, please contact the Benefits Coordination & Recovery Center (BCRC) by phone at 1-855-798-2627 (TTY/TDD: 1-855-797-2627 for the hearing and speech impaired), in writing at the address below, or by fax to 405-869-3309 When sending correspondence, please include the Beneficiary Name along with the Medicare ID and Case Identification Number (shown above).





**CENTERS FOR MEDICARE & MEDICAID SERVICES**

# Payment Summary Form



**Coordination of Benefits and Recovery**

Date:: 05/13/2019
Time: 06:18:06

Page 4 of 4

Report Number: RMCAN - 5-5
Contractor: NGHP

Beneficiary Name: BRANTLEY, HORACE A
Beneficiary Medicare ID: *****4893A

Case ID: 20191 22090 01008
Case Type: L – Liability
Date of Incident: 01/29/2018

Reported Diagnosis Codes: D499, S27309A

| TOS | ICN | Line # | Processing Contractor | Provider Name/NPI# | ICD Ind | ***DX Codes | **HCPCS / DRG | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| | |
|---|---|
| Sum of Total Charges | $0.00 |
| Total Reimbursed Amount | $0.00 |
| Total Conditional Payments | $0.00 |

**H - HCPCS Code, D - DRG Code
***Part-A Claim Primary Diagnosis Code is denoted in bold font



*81201912700005731S*

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZELMA BRANTLEY, AS ADMINISTRATOR OF THE ESTATE OF HORACE ALLENSON BRANTLEY, DECEASED, AND IN HER OWN RIGHT<br><br>PLAINTIFF<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANT | CIVIL ACTION<br><br>Civil Action No. 2:19-cv-01270-NIQA |

### LEGAL COSTS AND EXPENSES OF KLINE & SPECTER, P.C.

**EXPERTS**

| | |
|---|---:|
| **Total Experts** | **$6,075.00** |

**MEDICAL RECORDS**

| | |
|---|---:|
| Medical Legal Reproductions, Inc. | |
| MRO Corporation | |
| Temple University Hospital | |
| | |
| **TOTAL MEDICAL RECORDS** | **$ 370.84** |

**DEPOSITIONS/TRANSCRIPTS**

| | |
|---|---:|
| Golkow, Inc. | $ 750.00 |
| **TOTAL DEPOSITIONS/TRANSCRIPTS** | **$ 750.00** |

**MISCELLANEOUS**

| | |
|---|---:|
| Filing Fee | $ 400.00 |
| Courier Services/Federal Express | $ 301.14 |
| Research | $ 4.90 |
| Photocopy/Videocopy/Color Copy | $ 650.75 |
| Postage | $ 136.97 |
| Samuel R. Zolten & Associates | $1,593.00 |
| Travel | $ 9.28 |
| **TOTAL MISCELLANEOUS** | **$3,096.04** |

**TOTAL KLINE & SPECTER COSTS:**          **$10,291.88**